UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ROY HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER GEORGES, et al.,<br><br>    Defendants. | Case No. 23-cv-05426-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 13 |

    This ruling assumes the reader is familiar with the facts, the record, and the arguments made by both parties. The complaint is 373 pages long. *See* Dkt. No. 1, 1-2, 1-3. It appears to be an amalgamation of the text of various statutes, summaries of cases, and some legal analysis. The parties are not identified until page 317. Dkt. No. 1-2.

    The complaint is dismissed for failure to comply with the federal pleading rules, which require that the plaintiff provide the defendants, and the Court, with a "short and plain statement of the claim showing that the that the pleader is entitled to relief." FEDERAL RULES OF CIVIL PROCEDURE Rule 8(a)(2). The length and scattershot nature of the complaint does not give the defendants a fair opportunity to understand and respond.

    Out of an abundance of caution, dismissal is with leave to amend. However, if the amended complaint is similar to the complaint and opposition already filed, then the action will likely be dismissed with prejudice. Additionally, if the defendants are correct in their understanding of the subject matter of the complaint, then it seems very likely that the defendants are immune from liability.

    The motion for default judgment is denied as moot, given the dismissal of the complaint. Any amended complaint is due within 14 days. If no amended complaint is filed within 14 days,

then dismissal is with prejudice.

**IT IS SO ORDERED.**

Dated: March 11, 2024

_____
VINCE CHHABRIA
United States District Judge