UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK ROY HARPER,

          Plaintiff,

     v.

CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE, et al.,

          Defendants.

Case No.  26-cv-01229-SK

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Vince Chhabria to determine whether it is related to *Harper v. Georges, et al.*, Case No. 23-cv-05426-VC.

**IT IS SO ORDERED**.

Dated: May 5, 2026

_____

SALLIE KIM
United States Magistrate Judge